

# NUMBER 13-13-00241-CV

# COURT OF APPEALS

# THIRTEEN DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**BETTY ANN VALDEZ SALAZAR
AND ALL OTHER OCCUPANTS,** Appellants,

**v.**

**SYLVIA H. GARCIA,** Appellee.

---

**On appeal from the County Court
of Willacy County, Texas.**

---

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Perkes
Memorandum Opinion Per Curiam**

Appellants, Betty Ann Valdez Salazar, and all other occupants, appealed a judgment entered by the County Court of Willacy County, Texas. On April 30, 2013, the Clerk of this Court notified appellant that the filing fee was due within ten days from the date of the notice. The filing fee was not paid and on May 23, 2013, the Clerk of this

Court notified appellant, in accordance with Texas Rule of Appellate Procedure 42.3(c), that we would dismiss this appeal unless the $175.00 filing fee was paid. *See* TEX. R. APP. P. 42.3(c). Appellant has not responded to the notices from the Clerk or paid the $175.00 filing fee. *See* TEX. R. APP. P. 5, 12.1(b).

The Court, having considered the documents on file and appellant's failure to pay the filing fee, is of the opinion that the appeal should be dismissed. *See id.* 42.3(b),(c). Accordingly, the appeal is DISMISSED for want of prosecution.

PER CURIAM

Delivered and filed the
20th day of June, 2013.